O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   Case No.: CR 17-0518-GW
                                    )
                Plaintiff,          )
                                    )
        vs.                         )   ORDER OF DETENTION AFTER HEARING
                                    )   [Fed. R. Crim. P. 32.1(a)(6);
David Alba,                         )   18 U.S.C. § 3143(a)]
                                    )
                Defendant.          )
_____)

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District/California for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on unknown recent background, no known bail resources,

petition allegations concern ongoing drug use, failing to appear, and criminal activity, including violence

and/or

B. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: prior criminal history, including violence, and current domestic-violence allegations, apparent ongoing substance abuse

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 11/29/2017

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE