FILED
CLERK, U.S. DISTRICT COURT
OCT - 1 2020
CENTRAL DISTRICT OF CALIF.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>DAVID ALBA,<br><br>                Defendant. | CASE NO. CR-17-00518-GW<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

    On arrest warrant issued by the United States District Court for the Central District of California involving alleged violations of conditions of probation/supervised release:

    1. The court finds that no condition or combination of conditions will reasonably assure:

        A. ( ✓ ) the appearance of defendant as required; and/or

        B. ( ✓ ) the safety of any person or the community.

    2. The Court concludes:

        A. ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

Conviction while on supervised release

B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: nature of the offenses; no viable bail resources

IT IS ORDERED that defendant be detained.

DATED: October 1, 2020

*Alicia G. Rosenberg*
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE